# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16 cr 147

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CARL JACK HALL, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Extend Deadline to Respond Motion to Suppress and to Dismiss the Indictment (#20). In the motion, the AUSA David Thorneloe requests, on behalf of the Government, that the Court extend the time for the Government to file a response to Defendant's Motion to Suppress and to Dismiss to May 9, 2017. It appears that Mr. Thorneloe has consulted with Fredilyn Sison, counsel for Defendant, who has no objection. Therefore, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Extend Deadline to Respond Motion to Suppress and to Dismiss Indictment (#20) is hereby **ALLOWED** and the Government is allowed up to and including **May 9, 2017** to respond to Defendant's motion.

Signed: May 1, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge