IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:16-cr-00147-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) CARL JACK HALL, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 18], as supplemented [Doc. 27], and the Magistrate Judge's Memorandum and Recommendation regarding the disposition of that motion [Doc. 40].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motion to suppress and to submit recommendations for its disposition.

On December 7, 2017, the Magistrate Judge entered a Memorandum and Recommendation containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 40]. The parties were advised that any objections to the Magistrate

Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The deadline for the filing of objections has now passed, and the parties have not filed any objections to the Memorandum and Recommendation. Indeed, on December 13, 2017, the Defendant filed a notice stating his intent to waive the filing of any objections to the Memorandum and Recommendation. [Doc. 41].

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's motion to suppress be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 40] is **ACCEPTED**, and the Defendant's Motion to Suppress [Doc. 18], as supplemented [Doc. 27], is **DENIED**.

**IT IS SO ORDERED**.

Signed: December 29, 2017

Martin Reidinger
United States District Judge